IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudolph Chavez,            )<br>            )<br>            Plaintiff,    )<br>            )<br>vs.            )<br>            )<br>Collection Service Bureau, Inc.,    )<br>            )<br>            Defendant.    )<br>_____ ) | CIV09-808-PHX-ROS<br><br><br><br>**ORDER** |

The Court having been notified that this matter has settled in it's entirety;

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **August 28, 2009** unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

DATED this 21st day of July, 2009.

_____
Roslyn O. Silver
United States District Judge