Krohn & Moss, Ltd
10474 Santa Monica Blvd
Ste 401
Los Angeles, CA 90025
(323) 988-2400

## IN THE U. S. DISTRICT COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF

**Rudolph Chavez**                              Case Number: 2:09-CV-00808DGC

                        Plaintiff,

         vs.                                **AFFIDAVIT OF SERVICE**

**Portfolio Recovery Associates, LLC**
                        Defendant.

Received by Peppy's Service on Summons on the 16th day of July, 2009 at 7:55 pm to be served on **Judith Scott, Portfolio Recovery Associates, Llc, 120 Corporate Blvd., Norfolk, VA 23502** I, _Vasanti Majethia_, being duly sworn, depose and say that on the _20_ day of _July_, 20_09_ at _3:35 p_.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Rosalyn Winters_ as _Authorized Agent_.

( ) POSTED SERVICE: On the front door or other door as appears to be the main enterance of usual place of abode, address listed above. ( Other authorized receipient not found )

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Authorization letter attached_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Commonwealth of Virginia, City/County of
_Va Beach_
Subscribed and Sworn before me on the _20_ day
of _July_ _09_ by the affiant who is
personally known to me.

_Krishna Majethia_
NOTARY PUBLIC

My Commission Expires _____

Registration Number _____

_Vasanti Majethia_
PROCESS SERVER
Appointed in accordance with State Statutes

Peppy's Service on Summons
5561 Albright Dr
Virginia Beach, VA 23464
(757) 479-1800

Our Job Serial Number: 2009003015

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.3k

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Judith Scott Reg. Agent Portfolio Recovery, Assoc. Inc** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Rosalyn Winters (Authorized Agent)** ; or **Authorization letter attached**

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **7/20/09 @ 3:35pm**

Server's signature: *Vasanti Majethia*

Printed name and title: *Vasanti Majethia / Process Server*

PEPPY'S   757-479-1800
SERVICE ON SUMMONS
5561 ALBRIGHT DRIVE
VIRGINIA BEACH, VA 23464

Server's address